IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JLC-TECH LLC and JLC-TECH IP LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>OKT Lighting, a/k/a Shenzhen OKT Lighting Co., Ltd., a/k/a OKT Lighting International Group Ltd.,<br><br>    Defendant. | Civil Action No. 2:17-cv-02043-GJP |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs JLC-Tech LLC and JLC-Tech IP LLC, pursuant to a settlement agreement with Defendant wherein Defendant agreed to cease and desist further copyright and patent infringement, and consented to other forms of requested relief, hereby dismiss their claims in this action without prejudice to refile pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Each party to bear their own attorney's fees and costs in this matter.

Date: May 17, 2017                     Respectfully submitted,


                                       By: */s/ Michael E. Bonner*
                                       Michael E. Bonner, PA ID #208481
                                       michael.bonner@ansalaw.com

                                       ANSA ASSUNCAO, LLP
                                       1600 JFK Boulevard, Suite 900
                                       Philadelphia, PA 19103
                                       (267) 528-0750
                                       (267) 528-0726 (fax)

                                       *Attorneys for Plaintiffs*

- 2 -

**Thompson Coburn LLP**

By: /s/ *David B. Jinkins*
David B. Jinkins – admitted *pro hac vice*
djinkins@thompsoncoburn.com
Matthew A. Braunel – admitted *pro hac vice*
mbraunel@thompsoncoburn.com
Michael L. Nepple – admitted *pro hac vice*
mnepple@thompsoncoburn.com

THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (fax)

*Attorneys for Plaintiffs*